**Order entered July 29, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-15-00408-CV

---

**RICKEY LYONS, Appellant**

**V.**

**POLYMATHIC PROPERTIES, Appellee**

---

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-00016-B**

---

## ORDER

The clerk's record was due in this appeal on April 11, 2015. By letter dated April 6, 2015, we notified appellant that the Dallas County Clerk had informed us that no payment had been made for the clerk's record. We directed appellant, within ten days, to provide the Court with written verification that payment or payment arrangements had been made or that appellant was entitled to proceed without payment for the record. On April 15, 2015, appellant filed a docketing statement that indicated no payment had been made for the clerk's record but that payment arrangements had been made. Since that date, the clerk's record has not been filed nor have we received further correspondence from either appellant or the Dallas County Clerk regarding the clerk's record.

Accordingly, we **ORDER** the Dallas County Clerk to file, within **TEN DAYS** of the date of this order, either the clerk's record or written verification that appellant has neither paid for the record nor made payment arrangements for the record. *We notify appellant that if we receive verification that he has neither paid nor made payment arrangements, we will, without further notice, dismiss the appeal.* See TEX. R. APP. P. 37.3(b).

We further received written verification from court reporter Lanetta Williams that appellant had not requested or paid for the reporter's record. Appellant's docketing statement indicates the record was not requested and no payment or arrangements have been made. Accordingly, the appeal will be submitted without a reporter's record. *See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk to send copies of this order to John Warren, Dallas County Clerk; Lanetta Williams, official court reporter, County Court at Law No. 2; and to counsel for all parties.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE